B27 (Official Form27) (12/13)

United States Bankruptcy Court
District Of Alaska

In re    Giovanna Rossi                                    Case No.    15-00263

_____
               Debtor                                      Chapter 7        **FILED**

## REAFFIRMATION AGREEMENT COVER SHEET

NOV –2 2015

CLERK
U.S. BANKRUPTCY COURT
By_____
DEPUTY CLERK

This form must be completed in its entirety and filed with the reaffirmation agreement attached,
within the time set under Rule 4008.  It may be filed by any party to the reaffirmation agreement.

1.      Creditor's Name: American Honda Finance Corp.

2.      Amount of the debt subject to this reaffirmation agreement:
        $15,255.17 on the date of bankruptcy
        $15,255.17 to be paid under reaffirmation agreement

3.      Annual percentage rate of interest: 6.49% prior to bankruptcy
        6.49% under reaffirmation agreement ( ✓ Fixed Rate __ Adjustable Rate)

4.      Repayment terms (if fixed rate):  $442.76 per month for 37 months

5.      Collateral, if any, securing the debt:  Current market value: $13,625.00
        Description:  2012 Honda Accord,    1HGCP2F35CA231126

6.      Does the creditor assert that the debt is nondischargeable?  ___Yes  ✓ No
        (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that
        the debt is nondischargeable.)

Debtor's Schedule I and J Entries              Debtor's Income and Expenses
                                               as Stated on Reaffirmation Agreement

7A.     Total monthly income from  $ 4,500    7B.   Monthly income from all      $4,500
        Schedule I, line 12                         sources after payroll deductions

8A.     Total monthly expenses from $ 4,291.54 8B.  Monthly expenses             $4,291.54
        Schedule J, line 22

9A.     Total monthly payments on  $ Ø         9B.  Total monthly payments on  $ Ø
        reaffirmed debts not listed on              reaffirmed debts not included in
        Schedule J                                  monthly expenses

                                               10B.  Net monthly income          $ 208.46
                                                     (Subtract sum of lines 8B and 9B from
                                                     line 7B. If total is less than zero, put the
                                                     number in brackets.)

B27 (Official Form27) (12/13)                                                                                      **Page 2**

11.      Explain with specificity any difference between the income amounts (7A and 7B):

      N/A

12.      Explain with specificity any difference between the expense amounts (8A and 8B):

      N/A

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____               _____
Signature of Debtor (only required if          Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                        required if line 11 or 12 is completed)

## Other Information

☐ Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt: _____

_____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
      _____Yes  **X**  No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
      _____Yes  **X**  No

## FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_T. Jackson_____
Signature

Tasha Jackson-Bankruptcy Collector
Print/Type Name & Signer's Relation to Case

B24GA (Form B240A) (04/10)

Check one.
☐ **Presumption of Undue Hardship**
☒ **No Presumption of Undue Hardship**
*See Debtor's Statement in Support of Reaffirmation,*
*Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
### District of Alaska

In re     Giovanna Rossi                                  Case No.   15-00263

                *Debtor*                                  Chapter 7

## REAFFIRMATION DOCUMENTS

**Name of Creditor:**  American Honda Finance Corporation

☐ Check this box if Creditor is a Credit Union

### PART I.  REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision.  Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A.  Brief description of the original agreement being reaffirmed:  Retail Installment Finance Agreement

*For example, auto loan*

B.  *AMOUNT REAFFIRMED*:       $15,255.17

> The Amount Reaffirmed is the entire amount that you are agreeing to pay.  This may include unpaid principal, interest, and fees and costs (if any) arising on or before September 11, 2015, which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C.  The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is 6.49%.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)*   ☒ Fixed rate          ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☒ $442.76 per month for 37 months starting on October 2, 2015.

☐ Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount._____

_____

_____

_____

E. Describe the collateral, if any, securing the debt:

Description: 2012 Honda Accord, VIN: 1HGCP2F35CA231126
Current Market Value: $13,625.00

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

☒ Yes.  What was the purchase price for the collateral?    $26,275.40_____

☐ No.   What was the amount of the original loan?       $_____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ N/A | $ N/A |
| Annual Percentage Rate | N/A % | N/A % |
| Monthly Payment | $ N/A | $ N/A |

H. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement.  Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit: _____

_____

**PART II.  DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT**

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one.    ☐ Yes    ☒ No

B. Is the creditor a credit union?

Check one.    ☐ Yes    ☒ No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

   1.   Your present monthly income and expenses are:

       a. Monthly income from all sources after payroll deductions
(take-home pay plus any other income)                                      $ 4,500

       b. Monthly expenses (including all reaffirmed debts except
this one)                                          $ 3,848.78

       c. Amount available to pay this reaffirmed debt (subtract b. from a.)    $ 651.22

       d. Amount of monthly payment required for this reaffirmed debt    $ 442.76

*If the monthly payment on this reaffirmed debt (line d.) **is greater than** the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

   2.   You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

       Check one of the two statements below, if applicable:

      ☒     You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

      ☐     You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

         _____

         _____

         _____

       Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

      ☐     You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1)     I agree to reaffirm the debt described above.

(2)     Before signing this Reaffirmation Agreement, I read the terms disclosed in this
Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and
Definitions included in Part V below;

(3)     The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is
true and complete;

(4)     I am entering into this agreement voluntarily and am fully informed of my rights
and responsibilities; and

(5)     I have received a copy of this completed and signed Reaffirmation Documents
form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date _09/18/15_          Signature _Giovanna Rossi_
                                                    *Debtor*

Date _____       Signature _____
                                                    *Joint Debtor, if any*


## Reaffirmation Agreement Terms Accepted by Creditor:

Creditor: _American Honda Finance Corporation_     _P.O. Box 168088, Irving, TX 75016-8088_
                    *Print Name*                                              *Address*

_Tasha Jackson_                          _T. Jackson_                    _9/11/2015_
*Print Name of Representative*              *Signature*                     *Date*


## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by
the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent
of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this
agreement and any default under this agreement.

☐     A presumption of undue hardship has been established with respect to this agreement. In
my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not
a Credit Union.*

Date _____     Signature of Debtor's Attorney _____

                    Print Name of Debtor's Attorney _____

# UNITED STATES BANKRUPTCY COURT
## District of Alaska

In re   Giovanna Rossi                           Bankruptcy Case No.: __15-00263__

       *Debtor(s)*                              Chapter 7

### MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because (provide any additional relevant reasons the court should consider):


Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions (*check all applicable boxes*):

☒ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☐ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form B240A, Reaffirmation Documents)

Signed: __Giovanna Rossi__
      (Debtor)

_____
(Joint Debtor, if any)

Date: __09/18/15__