# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

GIOVANNA MONIQUE ROSSI,

    Debtor.

Case No. A15-00263-HAR
Chapter 7

## ORDER APPROVING REAFFIRMATION AGREEMENT
## [American Honda Finance Corporation]

The debtor Giovanna Monique Rossi's motion for approval of reaffirmation agreement came before the court for hearing on December 21, 2015. The debtor appeared telephonically at the hearing.

IT IS ORDERED that the court grants the debtor's motion and approves her reaffirmation agreement.

DATED:   December 21, 2015.

    /s/ Herb Ross
HERB ROSS
United States Bankruptcy Judge

Serve:
Giovanna Monique Rossi, pro se debtor
Tasha Jackson, American Honda Finance Corporation,
    P.O. Box 168088, Irving Texas 75016-8088
Nacole Jipping, Trustee
U.S. Trustee
Case Manager