**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 097−−3 | User: admin | Date Created: 12/22/2015 |
| Case: 15−00263 | Form ID: 318 | Total: 22 |

**Recipients of Notice of Electronic Filing:**
ust　　U.S. Trustee's Office　　USTPRegion18.ak.ecf@usdoj.gov
tr　　Nacole M. Jipping(7)　　JippingECF@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　　Giovanna Monique Rossi　　3060 N Lazy Eight Ct Ste 2　　Wasilla, AK 99654
smg　　　Municipality of Anchorage　　Department of Law　　P O Box 196650　　Anchorage, AK 99519−6650
799333　　Alaska Imaging Associates LLC　　P.O. Box 20050　　Anchorage, AK 99520
799334　　American Honda Finance Corp　　P.O. Box 60001　　City of Industry, CA 91716−0001
799335　　Capital One Bank USA NA　　P.O. Box 60599　　City of Industry, CA 91716−0599
799336　　Chrysler Capital　　P.O. box 660335　　Dallas, TX 75266−0335
799337　　Credit One Bank　　P.O. Box 98873　　Las Vegas, NV 89193−8873
799338　　Farmers Insurance Group　　RMS　　P.O. Box 3100　　Naperville, IL 60563
799339　　Farmers Insurance Group FCU　　P.O. Box 36911　　Los Angeles, CA 90036−0911
799340　　Gesa Credit Union Visa　　P.O. Box 660493　　Dallas, TX 75266−0493
799342　　Mat−Su Regional Medical Center　　P.O. Box 1687　　Palmer, AK 99645
799341　　Mat−Su Regional Medical Physicians　　P.O. Box 718　　Palmer, AK 99645
799343　　Mat−Su Regional Urgent Care　　950 E Bogard Ste 121　　Wasilla, AK 99654
799344　　Merrick Bank　　P.O. Box 9201　　Old Bethpage, NY 11804
799345　　NFL Extra Points Card Services　　P.O. Box 60517　　City of Industry, CA 91716−0517
799346　　Old Navy Visa/SYNCB　　P.O. Box 960017　　Orlando, FL 32896−0017
799347　　Synchrony Bank/Amazon　　P.O. Box 960013　　Orlando, FL 32896−0013
799348　　Synchrony Bank/JCP　　P.O. Box 960090　　Orlando, FL 32896−0090
799349　　US Bank　　P.O. Box 790408　　St Louis, MO 63179−0408
799350　　Walmart Mastercard/SYNCB　　P.O. Box 960024　　Orlando, FL 32896−0024

TOTAL: 20