United States Bankruptcy Court
District of Alaska

In re:  
Giovanna Monique Rossi  
      Debtor

Case No. 15-00263-HAR  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 097--3      User: admin      Page 1 of 1      Date Rcvd: Dec 21, 2015  
                       Form ID: pdfcrs      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2015.  
db         +Giovanna Monique Rossi,    3060 N Lazy Eight Ct Ste 2,    Wasilla, AK 99654-4331  
             Tasha Jackson,    American Honda Finance Corporation,    P.O. Box 168088,  
              Irving, TX  75016-8088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2015 at the address(es) listed below:  
          Nacole M. Jipping(7)    JippingECF@gmail.com, AK03@ecfcbis.com  
          U.S. Trustee's Office    USTPRegion18.ak.ecf@usdoj.gov  
     TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

GIOVANNA MONIQUE ROSSI,

    Debtor.

Case No. A15-00263-HAR
Chapter 7

## ORDER APPROVING REAFFIRMATION AGREEMENT
## [American Honda Finance Corporation]

The debtor Giovanna Monique Rossi's motion for approval of reaffirmation agreement came before the court for hearing on December 21, 2015. The debtor appeared telephonically at the hearing.

IT IS ORDERED that the court grants the debtor's motion and approves her reaffirmation agreement.

DATED:   December 21, 2015.

    /s/ Herb Ross
HERB ROSS
United States Bankruptcy Judge

Serve:
Giovanna Monique Rossi, pro se debtor
Tasha Jackson, American Honda Finance Corporation,
    P.O. Box 168088, Irving Texas 75016-8088
Nacole Jipping, Trustee
U.S. Trustee
Case Manager