```
                        United States Bankruptcy Court
                              District of Alaska

In re:                                                Case No. 15-00263-HAR
Giovanna Monique Rossi                                Chapter 7
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 097--3          User: admin              Page 1 of 1          Date Rcvd: Dec 22, 2015
                              Form ID: 318             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2015.
db             +Giovanna Monique Rossi,    3060 N Lazy Eight Ct Ste 2,    Wasilla, AK 99654-4331
799333          Alaska Imaging Associates LLC,    P.O. Box 20050,    Anchorage, AK 99520
799336          Chrysler Capital,    P.O. box 660335,    Dallas, TX 75266-0335
799338         +Farmers Insurance Group,    RMS,    P.O. Box 3100,    Naperville, IL 60566-7100
799340          Gesa Credit Union Visa,    P.O. Box 660493,    Dallas, TX 75266-0493
799342         +Mat-Su Regional Medical Center,    P.O. Box 1687,    Palmer, AK 99645-1687
799341         +Mat-Su Regional Medical Physicians,    P.O. Box 718,    Palmer, AK 99645-0718
799343         +Mat-Su Regional Urgent Care,    950 E Bogard Ste 121,    Wasilla, AK 99654-7184
799345          NFL Extra Points Card Services,    P.O. Box 60517,    City of Industry, CA 91716-0517
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@muni.org Dec 23 2015 00:58:41      Municipality of Anchorage,
                 Department of Law,    P O Box 196650,    Anchorage, AK  99519-6650
799334          EDI: HNDA.COM Dec 23 2015 00:53:00      American Honda Finance Corp,    P.O. Box 60001,
                 City of Industry, CA 91716-0001
799335          EDI: CAPITALONE.COM Dec 23 2015 00:53:00      Capital One Bank USA NA,    P.O. Box 60599,
                 City of Industry, CA 91716-0599
799337          EDI: RCSFNBMARIN.COM Dec 23 2015 00:53:00      Credit One Bank,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
799339          E-mail/Text: CollectionsDept@figfcu.org Dec 23 2015 00:58:40      Farmers Insurance Group FCU,
                 P.O. Box 36911,    Los Angeles, CA 90036-0911
799344         +EDI: MERRICKBANK.COM Dec 23 2015 00:53:00      Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
799346          EDI: RMSC.COM Dec 23 2015 00:53:00      Old Navy Visa/SYNCB,    P.O. Box 960017,
                 Orlando, FL 32896-0017
799347          EDI: RMSC.COM Dec 23 2015 00:53:00      Synchrony Bank/Amazon,    P.O. Box 960013,
                 Orlando, FL 32896-0013
799348          EDI: RMSC.COM Dec 23 2015 00:53:00      Synchrony Bank/JCP,    P.O. Box 960090,
                 Orlando, FL 32896-0090
799349          EDI: USBANKARS.COM Dec 23 2015 00:53:00      US Bank,    P.O. Box 790408,
                 St Louis, MO 63179-0408
799350          EDI: RMSC.COM Dec 23 2015 00:53:00      Walmart Mastercard/SYNCB,    P.O. Box 960024,
                 Orlando, FL 32896-0024
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2015 at the address(es) listed below:
              Nacole M. Jipping(7)    JippingECF@gmail.com, AK03@ecfcbis.com
              U.S. Trustee's Office    USTPRegion18.ak.ecf@usdoj.gov
                                                                                              TOTAL: 2
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Giovanna Monique Rossi** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2905** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Alaska** | | |
| Case number:  **15–00263** | | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Giovanna Monique Rossi
  fka Giovanna Monique Hunter, fka Giovanna
  Monique Jackson

12/22/15                                                     **By the court:**   Herbert A. Ross
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                  **Order of Discharge**                                        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2